**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jamie Michelle BOOMER,
Defendant–Appellant.**

**No. 01–4590.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 13, 2002.

Decided Feb. 28, 2002.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, Christine W. Dean, Assistant United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jamie Michelle Boomer appeals her conviction, in the wake of her guilty plea pursuant to a written plea agreement, to one count of conspiring to distribute methamphetamine. *See* 21 U.S.C.A. §§ 841, 846 (West 1999 & Supp.2001). The only issue Boomer raises on appeal is that § 841 is unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), a claim

previously considered and rejected by this Court in *United States v. McAllister*, 272 F.3d 228, 231–33 (4th Cir.2001). Accordingly, we affirm Boomer's conviction and sentence and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*